MICHAEL T. BEUSELINCK, (SBN 251991)
MICHAEL BEUSELINCK P.C.
490 43rd Street #37
Oakland, CA 94609
Telephone: (925) 800-3032
Email: mike@lawmtb.com

Attorneys for Defendant CNA EQUITY GROUP, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

IN RE:

HIDDEN GLEN, LLC,

          Debtor.

---

PATRICIA A. BORING,

          Plaintiff,

vs.

YEVA, INC., a California Corporation, dba
SAXE MORTGAGE COMPANY, GENE
KRISTUL, CNA EQUITY GROUP, INC., a
California Corporation, THE ESTATE OF
SAMUEL WHEAT, and all Persons Unknown
Claiming Any Right, Title, Estate, Lien, or
Interest in the Real Property Adverse to
Plaintiff's title, and Does 1 through 20,
Inclusive,

          Defendants.

---

CNA Equity Group, Inc., a California
Corporation,

          Cross-Complainant,

vs.

Yeva, Inc, a California Corporation, dba
SAXE MORTGAGE COMPANY, Gene
Kristul, a California Corporation, The Estate
of Samuel Wheat,

          Cross-Defendants.

Case No. 22-40039

Chapter 13

Adversary Proceeding No. 22-04029

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE**

-1-
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney is admitted or otherwise authorized to practice in this Court, appears under FRBP 9010 as counsel for defendant CNA EQUITY GROUP, INC., and hereby requests notice of all notices and documents filed in this Court be sent to:

Michael Beuselinck P.C.
490 43rd Street #37
Oakland, CA 94609
Email: mike@lawmtb.com

Dated: June 1, 2022                    LAW OFFICE OF G. SCOTT HAISLET


                                       By  /s/ Michael T. Beuselinck
                                          MICHAEL T. BEUSELINCK
                                          Attorney for Defendant
                                          CNA EQUITY GROUP, INC.